**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BARAJAS, | Case No. CV 21-8458-FLA (KKx) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MICHAEL CARVAJAL, ET AL., | |
| Respondents. | |

Pursuant to the Order Summarily Dismissing Action Without Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: December 21, 2021

FERNANDO L. AENLLE-ROCHA
United States District Judge